United States District Court
Southern District of Texas
**ENTERED**
August 09, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JETHRO EMERSON, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | CIVIL ACTION No. H-16-2187 |
| | § | |
| CHAIRMAN, TBPP, | § | |
| | § | |
| *Respondent.* | § | |

### ORDER OF DISMISSAL

Christopher Jethro Emerson, who is apparently a Texas parolee, filed this habeas proceeding challenging his 1986 conviction and thirty-five year sentence for aggravated sexual assault. A review of this Court's records shows that this petition stands as petitioner's fourth unauthorized successive habeas challenge to his conviction. *See Emerson v. Stephens*, C.A. H-15-0376 (S.D. Tex. 2015), and the cases cited therein. The Fifth Circuit Court of Appeals denied petitioner authorization to file a successive petition in 2012. *In re: Christopher Emerson*, No. 12-20290 (5th Cir. 2012). Petitioner did not seek or obtain authorization to file the instant successive petition, and it must be dismissed for want of jurisdiction. 28 U.S.C. § 2244(b).

Accordingly, this petition is **DISMISSED WITHOUT PREJUDICE** to petitioner's seeking authorization from the Fifth Circuit Court of Appeals to proceed in this Court on any

new claims not otherwise barred by limitations. Any and all pending motions are **DENIED AS MOOT**. A certificate of appealability is **DENIED**.

Signed at Houston, Texas, on this the 8ge day of August, 2016.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE